IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EUGENE MARLIN,<br><br>*Plaintiff,*<br><br>v.<br><br>DR. ANDREWS, *et al.,*<br><br>*Defendants.* | Case No. 5:24-cv-483-TES-ALS |

ORDER ADOPTING THE UNITED STATES
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation ("R&R") [Doc. 52] to deny Defendants' Motion to Dismiss [Doc. 34] and Plaintiff's Motion for Summary Judgment [Doc. 45]. The parties have not filed a timely objection or sought an extension of time to file an objection within the 14-day period outlined in the magistrate judge's R&R. [Doc. 52 at pp. 10–11]. Thus, the Court reviews the R&R for clear error. *See* 28 U.S.C. § 636(b)(1), *in connection with* Fed. R. Civ. P. 6(a)(1) & (d).

Having considered the R&R, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's R&R [Doc. 52] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **DENIES**

Defendant's Motion to Dismiss [Doc. 34] and Plaintiff's Motion for Summary Judgment

[Doc. 45].

**SO ORDERED**, this 13th day of April, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**