**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| EUGENE MARLIN,<br><br>Plaintiff,<br><br>v.<br><br>Doctor ANDREWS, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 5:24-cv-483-TES-CHW |

## **ORDER**

On September 16, 2026, the Court referred the above-captioned case to the United States Magistrate Judge for mediation (ECF No. 71), which shall occur on Friday, November 20, 2026 (ECF No. 75). The parties should ensure that they bring with them copies of any critical agreements, business records, and other documentation or exhibits that support all alleged injuries or damages. An executive, officer, representative, agent, or individual with final decision-making authority for each party shall be present at and available to participate in the mediation. Failure to produce the appropriate person(s) at the mediation or a failure to participate in good faith may result in an award of costs and attorney fees to the opposing party. Counselors are directed to confer with their clients in advance of the mediation to explore the party's settlement position, and the parties are encouraged to exchange settlement proposals prior to the mediation.

**SO ORDERED**, this 16th day of November, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE