**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

**EUGENE MARLIN,**

**Plaintiff,**

**CASE NO.**: 5:24-cv-00483-TES-CHW

vs.

**DR. WOODS, et al.,**

Defendants.

**COURT PRODUCTION ORDER**

---

INDIVIDUAL TO BE TRANSPORTED (Name): EUGENE MARLIN

YOB: 1961 GDC NO: 778886 SSN: (Last 4 digits) _________

The Individual identified herein is [ x ] a/the Plaintiff or [ ] a witness in the above-referenced case

---

On the January 8, 2027, at 9:30 a.m., the Individual named above must be present in this Court for the following reason: (Please select from the following list)

[ ] Pretrial non-evidentiary hearing
[ ] Pretrial evidentiary hearing
[ ] Pretrial Conference
[ ] *Faretta* Hearing
[ ] Competency Evaluation
[ ] Plea hearing
[ ] Sentencing
[ ] Bench Trial
[ ] Jury Trial
[ ] Post-conviction hearing
[ ] Probation Revocation Hearing
[ ] Restitution Hearing
[ ] Dependency/Termination Adjudication
[ ] Civil/Domestic Relations Hearing
[ x ] Other _MEDIATION_

---

[ x ] (**Plaintiff**) The Individual is the Plaintiff in the above-styled case which is pending in this Court and the proceeding cannot be handled virtually: **OR**
[ ] (**Witness**) The Individual is a material witness in a proceeding involving the above-named Defendant and the Court has determined that the Individual's personal appearance in Court is required: **OR**
[ ] (**Other**) The Court finds that the Individual must be transported and the matter cannot be conducted virtually for the following reason: ________________________________________

It is hereby Ordered that the Department of Corrections shall transport the Plaintiff, Eugene Marlin, to the United States Courthouse, third floor courtroom, located at 120 12th Street, Columbus, GA 31902.

SO ORDERED, this 20th day of November, 2026.

s/ Amelia G. Helmick
AMELIA G. HELMICK
UNITED STATES MAGISTRATE JUDGE